**Fill in this information to identify the case:**

Debtor 1    Kathleen Cross Edgens

Debtor 2

(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Georgia
(State)

Case number   19-67716-jwc

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:    Mortgage Information

Name of creditor:   U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust.

Court claim no. (if known):

3-2

**Last 4 digits** of any number you use to identify the debtor's account:   6936

**Property Address:**   3204 Clearview Dr Sw

Number          Street

Marietta, GA 30060

City                          State        Zip Code

## Part 2:    Prepetition Default Payments

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

MM/ DD /YYYY

☒  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.   Total postpetition ongoing payments due: 7/24/22-8/24/22  2@ $562.82 | (a) $ | 1,125.65 |
| b.   Total fees, charges, expenses, escrow, and cost outstanding: | + (b) $ | |
| c.   **Total**. Add lines a and b. | (c) $ | 1,125.65 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

07  / 24  / 2022

MM/ DD  /YYYY

Less Suspense -204.25

Total Due =$921.39

| Debtor 1 | Kathleen Cross Edgens | | Case Number (if known) | 19-67716-jwc |
| | First Name    Middle Name    Last Name | | | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Laura A. Grifka _____   Date 08/26/2022 _____
  Signature

Print:   Laura A. Grifka, _____   Bar No. GBN 312055 _____   Title   Bankruptcy Attorney _____
         First name    Middle Name    Last name

Company   MCMICHAEL TAYLOR GRAY, LLC _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3550 Engineering Drive, Suite 260 _____
          Number          Street

          Peachtree Corners, GA 30092 _____
          City              State       Zip Code

Contact phone   404-474-7149 _____   Email:   lgrifka@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Kathleen Cross Edgens
3204 Clearview Dr SW
Marietta, GA 30060


**Via CM/ECF electronic service:**
J Rachel Scott
Atlanta Legal Aid Society, Inc.
54 Ellis Street NE
Atlanta, GA 30303

Nancy J. Whaley
Standing Chapter 13 Trustee
Suity 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

Dated: August 26, 2022

Respectfully submitted,

By: /s/ Laura A. Grifka
Laura A. Grifka , GBN 312055

MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: lgrifka@mtglaw.com
MTG File No.: 21-000133-04



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 11/24/18 | 477.41 | 0.00 | 477.41 | Payment listed in POC |
| 09/24/21 | 477.41 | 40.40 | 517.81 | NOPC filed with the court |
| 11/24/21 | 477.41 | 123.56 | 600.97 | NOPC filed with the court |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |

| Loan# | ███████ |
|---|---|
| Borrower: | Edgens |
| Date Filed: | 11/4/2019 |
| BK Case # | 19-67716 |
| First Post Petition Due Date: | 11/24/2019 |
| POC covers: | 11/24/2018-10/24/2019 |
| MOD EFFECTIVE DATE: | N/A |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 |
| 11/29/2019 | $477.41 | Post | 11/24/19 | 11/24/18 | $477.41 | $0.00 | | | $0.00 |
| 12/27/2019 | $477.41 | Post | 12/24/19 | 12/24/18 | $477.41 | $0.00 | | | $0.00 |
| 1/22/2020 | $477.41 | Post | 1/24/20 | 1/24/19 | $477.41 | $0.00 | | | $0.00 |
| 3/6/2020 | $477.41 | Post | 2/24/20 | 2/24/19 | $477.41 | $0.00 | | | $0.00 |
| 4/15/2020 | $954.82 | Post | 3/24/20 | 3/24/19 | $477.41 | $0.00 | $477.41 | | $477.41 |
| | | Post | 4/24/20 | 4/24/19 | $477.41 | -$477.41 | | $477.41 | $0.00 |
| 7/22/2020 | $954.82 | Post | 5/24/20 | 5/24/19 | $477.41 | $0.00 | $477.41 | | $477.41 |
| | | Post | 6/24/20 | 6/24/19 | $477.41 | -$477.41 | | $477.41 | $0.00 |
| 8/11/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 8/12/2020 | | Pre | Pre-Petition Payment Applied | 7/24/19 | | $0.00 | | | $0.00 |
| 8/13/2020 | | Pre | Pre-Petition Payment Applied | 8/24/19 | | $0.00 | | | $0.00 |
| 8/14/2020 | | Pre | Pre-Petition Payment Applied | 9/24/19 | | $0.00 | | | $0.00 |
| 8/17/2020 | | Pre | Pre-Petition Payment Applied | 10/24/19 | | $0.00 | | | $0.00 |
| 9/10/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 9/11/2020 | | Pre | Pre-Petition Payment Applied | 11/24/19 | | $0.00 | | | $0.00 |
| 10/20/2020 | $477.41 | Post | 7/24/20 | 12/24/19 | $477.41 | $0.00 | | | $0.00 |
| 11/5/2020 | $477.41 | Post | 8/24/20 | 1/24/20 | $477.41 | $0.00 | | | $0.00 |
| 11/12/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 11/13/2020 | | Pre | Pre-Petition Payment Applied | 2/24/20 | | $0.00 | | | $0.00 |
| 11/16/2020 | | Pre | Pre-Petition Payment Applied | 3/24/20 | | $0.00 | | | $0.00 |
| 12/11/2020 | | Pre | | | | $0.00 | | | $0.00 |
| 2/8/2021 | | Pre | | | | $0.00 | | | $0.00 |
| 2/9/2021 | | Pre | Pre-Petition Payment Applied | 4/24/20 | | $0.00 | | | $0.00 |
| 4/6/2021 | $477.41 | Post | 9/24/20 | 5/24/20 | $477.41 | $0.00 | | | $0.00 |
| 4/6/2021 | | Pre | | | | $0.00 | | | $0.00 |
| 4/7/2021 | | Pre | Pre-Petition Payment Applied | 6/24/20 | | $0.00 | | | $0.00 |
| 5/17/2021 | | Pre | | | | $0.00 | | | $0.00 |
| 6/10/2021 | | Pre | | | | $0.00 | | | $0.00 |
| 6/11/2021 | | Pre | Pre-Petition Payment Applied | 7/24/20 | | $0.00 | | | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/9/2021 | | Pre | | | | $0.00 | | | $0.00 |
| 8/9/2021 | | Pre | Pre-Petition Payment Applied | 8/24/20 | | $0.00 | | | $0.00 |
| 8/9/2021 | | Pre | Pre-Petition Payment Applied | 9/24/20 | | $0.00 | | | $0.00 |
| 1/20/2022 | $562.55 | Post | 10/24/20 | 10/24/20 | $477.41 | $85.14 | $85.14 | | $85.14 |
| 2/17/2022 | $562.55 | Post | 11/24/20 | 11/24/20 | $477.41 | $85.14 | $85.14 | | $170.28 |
| 3/21/2022 | $562.55 | Post | 12/24/20 | 12/24/20 | $477.41 | $85.14 | $85.14 | | $255.42 |
| 5/5/2022 | $562.55 | Post | 1/24/21 | 1/24/21 | $477.41 | $85.14 | $85.14 | | $340.56 |
| 5/10/2022 | $562.55 | Post | 2/24/21 | 2/24/21 | $477.41 | $85.14 | $85.14 | | $425.70 |
| 6/16/2022 | $562.55 | Post | 3/24/21 | 3/24/21 | $477.41 | $85.14 | $85.14 | | $510.84 |
| | | | 4/24/21 | 4/24/21 | $477.41 | -$477.41 | | $477.41 | $33.43 |
| 7/22/2022 | $562.82 | Post | 5/24/21 | 5/24/21 | $477.41 | $85.41 | $85.41 | | $118.84 |
| 8/19/2022 | $562.82 | Post | 6/24/21 | 6/24/21 | $477.41 | $85.41 | $85.41 | | $204.25 |
| | | | | | | $0.00 | | | $204.25 |
| | | | | | | $0.00 | | | $204.25 |
| | | | | | | $0.00 | | | $204.25 |